# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>STEVEN W. FISHER,<br><br>Defendant. | NO. MJ17-452<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable James P. Donohue, United States Magistrate Judge:

Upon motion by the United States, the order of release and bond signed by the Court on October 31, 2017 in this matter is stayed through November 9, 2017, to permit the government an opportunity to appeal the release order. The United States is directed to effectuate the appeal without delay.

The Clerk is directed to forward a copy of this Order to all counsel of record.

//

//

//

//

MINUTE ORDER - 1

1   Dated this 1st day of November, 2017.

                                        William M. McCool
                                        Clerk


                                        s/ Tim Farrell
                                        Deputy Clerk

MINUTE ORDER - 2